1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARANA SARLY and MA SI ROH,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. C23-48 MJP<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL AND RELATED DATES |

This matter comes before the Court on the Parties' Joint Motion to Continue Trial and Related Dates. (Dkt. No. 13.) Having reviewed the Motion, the Court finds good cause to extend the trial date and interim deadlines given the Parties' diligence and reasonable need for additional time to prepare this matter for trial. The Court GRANTS the Motion and issues the following amended case schedule:

\\

\\

ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL AND RELATED DATES - 1

| Event | Current Deadline | New Deadline |
|---|---|---|
| Reports from expert witness under FRCP 26(a)(2) | November 6, 2023 | March 18, 2024 |
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)) | December 6, 2023 | April 17, 2024 |
| Discovery completed by | January 5, 2024 | May 17, 2024 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR7(d)) | February 5, 2024 | June 17, 2024 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference. | April 29, 2024 | September 9, 2024 |
| Agreed pretrial order due | May 21, 2024 | October 1, 2024 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions: | May 21, 2024 | October 1, 2024 |
| Pretrial conference | May 23, 2024 at 01:30 PM | October 8, 2024 at 1:30 PM |
| Jury Trial (7-10 days) | June 3, 2024 | October 21, 2024 at 9:00 AM |

All other deadlines or events not identified in this Order and all other requirements set forth in the Scheduling Order (Dkt. No. 10) remain unchanged by this Order.

The clerk is ordered to provide copies of this order to all counsel.

Dated October 18, 2023.

Marsha J. Pechman
United States Senior District Judge