UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARANA SARLY and MA SI ROH, <br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. C23-48 MJP <br><br>ORDER ON JOINT MOTION TO CONTINUE DISCOVERY-RELATED DEADLINES |

This matter comes before the Court on the Parties' Joint Motion to Continue Discovery-Related Deadlines. (Dkt. No. 21.) Having reviewed the Motion and all supporting materials, the Court GRANTS the Motion in part.

The Parties ask the Court to extend the expert rebuttal deadline from April 17, 2024 to May 31, 2024, the discovery motion deadline from April 17, 2024 to May 31, 2024, and the discovery deadline from May 17, 2024 to July 1, 2024. (Mot. at 3.) The Parties state that they have made their "[p]rimary expert disclosures," and engaged in document discovery and

depositions, but that more document production is expected and they need to conduct seven expert depositions and six lay witness depositions. (Mot. at 2.) The Parties also state that they will mediate on April 16, 2024, and wish to avoid any costs and time engaging in further discovery before mediation. (Id.) They suggest they will set the depositions after mediation if it is unsuccessful. (Id.) The Parties also state that Plaintiffs' religious fasting ritual has limited their availability to respond to written discovery and assist counsel and that one of Defendant's two attorneys has surgery set that will have rendered him unavailable from April 5 to April 10 to conduct expert depositions. (Id.)

    The Court finds limited grounds for good cause to grant the extension. The Court appreciates the further information the Parties have provided as to what discovery remains to be conducted and the reasons why it cannot be completed with the existing deadlines. But the proposed end of discovery the Parties request for July 1, 2024 does not work with the current June 17, 2024 deadline for dispositive motions. Having considered the reasons justifying the requested extension and the practical limitations imposed by the existing schedule, the Court finds that there are grounds only for a 30-day extension of the three deadlines the Parties have identified. This appears sufficient to accommodate the needs of the parties and the practical impediments they have identified. Accordingly, the Court GRANTS the Motion in part and ORDERS the following three new deadlines: (1) the expert rebuttal deadline is May 17, 2024; (2) discovery motions must be filed by no later than May 17, 2024; and (3) discovery shall be completed by June 17, 2024.

\\

\\

\\

The clerk is ordered to provide copies of this order to all counsel.

Dated April 23, 2024.

Marsha J. Pechman
United States Senior District Judge